```
1   SCOTT A. EDELMAN, SBN 116927
         sedelman@gibsondunn.com
2   ILISSA SAMPLIN, SBN 314018
         isamplin@gibsondunn.com
3   GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East
4   Suite 4000
    Los Angeles, CA 90067-3026
5   Telephone: 310.552.8500
    Facsimile:  310.551.8741
6
    Attorneys for Defendant APPLE INC.
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SA MUSIC, LLC and WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST, RAY HENDERSON MUSIC CO., INC., FOUR JAYS MUSIC COMPANY, and JULIA RIVA<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., PICKWICK INTERNATIONAL LIMITED, PICKWICK GROUP LIMITED, PICKWICK AUSTRALIA PTY LTD., and MASTERCORP PTY. LTD.,<br><br>Defendants. | CASE NO. 3:20-CV-02794-EMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>Hon. Edward M. Chen<br><br>Action Filed: April 22, 2020 |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Scott A. Edelman of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 116927) and admitted to practice in this court, hereby files this Notice of Appearance in the above-referenced action as counsel for Defendant Apple Inc. and requests that copies of all briefs, motions, orders, correspondence and other papers be served at the following address:

> Scott A. Edelman
> 2029 Century Park East
> Suite 4000
> Los Angeles, CA 90067-3026
> sedelman@gibsondunn.com

DATED: May 11, 2020                    GIBSON DUNN & CRUTCHER LLP

                                       By:   *Scott A. Edelman*
                                             Scott A. Edelman
                                             *Counsel for Defendant Apple Inc.*