| | |
|---|---|
| 1 | SCOTT A. EDELMAN, SBN 116927 |
| 2 |   sedelman@gibsondunn.com<br>ILISSA SAMPLIN, SBN 314018 |
| 3 |   isamplin@gibsondunn.com<br>2029 Century Park East |
| 4 | Suite 4000 |
| 5 | Los Angeles, CA  90067-3026<br>Telephone:   310.552.8500 |
| 6 | Facsimile:    310.551.8741 |
| 7 | GABRIELLE LEVIN, *pro hac vice* |
| 8 |   glevin@gibsondunn.com<br>200 Park Avenue |
| 9 | New York, NY  10166-0193<br>Telephone:   212.351.4000 |
| 10 | Facsimile:    212.351.4035 |
| 11 | Attorneys for APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC, LLC, WILLIAM KOLBERT, AS TRUSTEE OF THE HAROLD ARLEN TRUST, RAY HENDERSON MUSIC CO. INC., FOUR JAYS MUSIC COMPANY, and JULIA RIVA,<br><br>            Plaintiffs,<br><br>  v.<br><br>APPLE INC., PICKWICK INTERNATIONAL LIMITED, PICKWICK GROUP LIMITED, PICKWICK AUSTRALIA PTY LTD., and MASTERCORP PTY. LTD.,<br><br>            Defendants. | CASE NO. 20-cv-02794-EMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:     Hon. Edward M. Chen |

The undersigned counsel for Plaintiffs SA Music, LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co. Inc., Four Jays Music Company, and Julia Riva ("Plaintiffs") and Defendant Apple Inc. ("Apple," collectively with Plaintiffs, the "Stipulating Parties") hereby stipulate and agree, pursuant to Local Rule 6-1(a), as follows:

WHEREAS, Plaintiffs filed the above-captioned case on April 22, 2020;

WHEREAS, Apple waived service of summons on April 28, 2020, making Apple's response to Plaintiffs' Complaint due on June 29, 2020;

WHEREAS, the Stipulating Parties have agreed to extend Apple's deadline to answer or otherwise respond to Plaintiffs' Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Stipulating Parties through their respective counsel, that Apple's deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended to July 29, 2020.

Dated: June 29, 2020

Respectfully submitted,
GISKAN SOLOTAROFF & ANDERSON LLP

By:   /s/ *Oren S. Giskan*

Oren S. Giskan (*Pro Hac Vice*)
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
Fax: (646) 520-3237
E-mail: ogiskan@gslawny.com

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
Fax: (818) 763-4676
E-mail: lawoffah@aol.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: June 29, 2020 | Respectfully submitted,<br>GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ *Scott A. Edelman* |
| | Scott A. Edelman (SBN 116927)<br>sedelman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East, Suite 4000<br>Los Angeles, CA 90067-3026<br>Phone: (310) 552-8500<br>Fax: (310) 551-8741 |
| | *Attorneys for Defendant* APPLE INC. |

## **ATTESTATION REGARDING SIGNATURES**

I, Scott A. Edelman, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 29, 2020         By:   /s/ *Scott A. Edelman*
                                            Scott A. Edelman