SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Suite 4000
Los Angeles, CA  90067-3026
Telephone: 310.552.8500
Facsimile:  310.551.8741

GABRIELLE LEVIN (*pro hac vice*)
  glevin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035

Attorneys for Defendant APPLE INC.

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>APPLE INC., et al.,<br><br>            Defendants. | CASE NO. 3:20-cv-02146-WHO<br>CASE NO. 3:20-cv-02794-WHO<br>CASE NO. 3:20-cv-02965-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF LISA ALTER AND ROBERT KOHN** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE THE
EXPERT REPORTS AND TESTIMONY OF LISA ALTER AND ROBERT KOHN

The *Daubert* Motion to Exclude the Expert Reports and Testimony of Lisa Alter and Robert Kohn presented by Defendant Apple Inc. was heard on January 26, 2022, at 2:00 p.m., before the Honorable William H. Orrick, United States District Judge.

Having considered all papers filed in support of and in opposition to the Motion, oral argument of counsel, and all other pleadings and papers on file herein, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Apple Inc.'s *Daubert* Motion to Exclude the Expert Reports and Testimony of Lisa Alter and Robert Kohn is **GRANTED**.  Ms. Alter's testimony about chain of title of the musical compositions at issue in these cases comprises inadmissible legal conclusions.  Ms. Alter's report and testimony will be stricken from the summary judgment record, and Ms. Alter is precluded from testifying at trial.  Mr. Kohn's testimony about the allegedly willful copyright infringement in these cases also comprises inadmissible legal conclusions.  Such testimony, as identified in Exhibit 2 to the Edelman Declaration filed in support of Apple's Motion, will be stricken from the summary record, and Mr. Kohn is precluded from offering such testimony at trial.

**IT IS SO ORDERED.**

Dated: _____   _____
Hon. William H. Orrick
United States District Judge

Gibson, Dunn & Crutcher LLP

2
[PROPOSED] ORDER GRANTING APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF LISA ALTER AND ROBERT KOHN