SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
2029 Century Park East
Suite 4000
Los Angeles, CA  90067-3026
Telephone: 310.552.8500
Facsimile:  310.551.8741

GABRIELLE LEVIN, *pro hac vice*
  glevin@gibsondunn.com
200 Park Avenue
New York, NY  10166-0193
Telephone: 212.351.4000
Facsimile:  212.351.4035

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SA MUSIC, LLC, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>APPLE INC., et al.,<br><br>            Defendants. | CASE NO. 3:20-cv-02146-WHO<br>CASE NO. 3:20-cv-02794-WHO<br>CASE NO. 3:20-cv-02965-WHO<br><br>**DECLARATION OF SCOTT A. EDELMAN IN SUPPORT OF APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF LISA ALTER AND ROBERT KOHN**<br><br>**Hearing:**<br>Date:     January 26, 2022<br>Time:    2:00 p.m.<br>Judge:   Hon. William H. Orrick |

I, Scott A. Edelman declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner at the law firm Gibson, Dunn & Crutcher, LLP, counsel of record for Defendant Apple Inc. ("Apple") in the above-captioned cases. I respectfully submit this declaration in support of Apple's *Daubert* Motion to Exclude the Expert Reports and Testimony of Lisa Alter and Robert Kohn. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the November 5, 2021 deposition of Lisa Alter.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the expert report of Robert Kohn, attached in support of Plaintiffs' Motion for Partial Summary Judgment, and filed at Dkt. 112-1,[1] with the legal conclusions Apple moves to exclude from the summary judgment record and at trial highlighted in yellow.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the initial deposition errata sheets of Plaintiff William Kolbert, as Trustee of The Harold Arlen Trust, and the Rule 30(b)(6) witnesses of Plaintiff Four Jays Music Company and Plaintiff Ray Henderson Music Co. Inc. Plaintiff SA Music LLC's Rule 30(b)(6) witness did not submit a deposition errata sheet.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the expert report of Lisa Alter, attached in support of Plaintiffs' Motion for Partial Summary Judgment, and filed at Dkt. 113-1.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Exhibit 1 to the expert report of Lisa Alter, attached in support of Plaintiffs' Motion for Partial Summary Judgment, and filed at Dkt. 113-1, with those compositions authored by Harold Arlen that Apple addresses in its Opposition to Plaintiffs' Motion for Partial Summary Judgment highlighted in yellow.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 2 to the expert report of Lisa Alter, attached in support of Plaintiffs' Motion for Partial Summary Judgment, and filed at Dkt. 113-1.

---

[1] All "Dkt." citations are to the docket in *SA Music LLC et al v. Apple Inc. et al*, Case No. 3:20-cv-02965-WHO.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 3 to the expert report of Lisa Alter, attached in support of Plaintiffs' Motion for Partial Summary Judgment, and filed at Dkt. 113-1.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the website of Lisa Alter's law firm, Alter, Kendrick & Baron, LLP, available at https://akbllp.com/introduction-and-copyright-overview/.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the November 10, 2021 deposition of Robert Kohn.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on December 22, 2021 in Los Angeles, California.

_____
Scott A. Edelman