# EXHIBIT 3

Errata Sheets
Case Name: SA Music v. Apple, Inc.
Docket Nos. 20-cv-2146-WHI, 20-2794-EMC, 20-cv-2965-JSW

Date of Deposition: 6/4/21

Witness Name: Julia Riva

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 21:10-11 | In the '50s. I'm not sure of the exact date. | Four Jays was incorporated in 1955. | I have reviewed the records. |
| 22:11-15 | I think probably, you know, it is a family company, I don't know – we never really – I'm the president and CFO, I guess, but it's not like advertising | I am formally the CEO as well as the President and CFO. | Clarification |
| 23:17 | Ian Vargas and Adam, whose name, I can never remember his last name. He has worked for me for many years. You will have to wait until it comes to me. It will probably come to me. It's horrible, I'm sorry. Poor guy. | Ian Vargas and Adam Brooks. | Clarification |
| 26:22-24 | No, I don't think so. I'm not sure. I don't' have those numbers in front of me. | Any settlement agreement is privileged and confidential. I am unable to answer that. | Clarification |
| 63:14-17 | Well, it's their business, they should have checked out to see if they had licenses and if their vendors had licenses for the music. It is their responsibility. | Apple knew that it did not have any license to sell copies of our songs and knew that it was business with bootleggers based on the many takedown notices Apple received. It is Apple's responsibility to only sell licensed music. | I have reviewed the operative Complaints and Plaintiffs' Interrogatory responses. |

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 65:2-3 | I would assume that it would. You know, they never got licenses. | It would not be relevant because it is Apple's store and it is Apple's responsibility. Apple either had to get a valid license or confirm its content providers actually had obtained licenses. My understanding is that Apple never checked once despite receiving thousands of takedown notices for content from these providers. | I have reviewed the operative Complaints and Plaintiffs' Interrogatory responses. |
| 67:13-14 | Only if the didn't get a license for a song. | No it doesn't because there no mechanical licenses. | I have reviewed the operative Complaints and Plaintiffs' Interrogatory responses. |
| 74:10-12 | Well, I don't know if this version of That's Amore was contained on any of the pirated albums | There are no Harry Fox licenses covering the infringement claims in the operative Complaints. Exhibit 8 does not cover any infringement claim because it is dated after the lawsuit was filed and the infringement had already occurred for many years. The track purportedly being licensed in Exhibit 8 has a release date of January 2020 while Apple had already willfully infringed our copyrights at that point. In addition, Harry Fox licenses are invalid for pirated recordings. | I have reviewed Exhibit 8 more closely. |
| 77:7-10 | Because I don't believe it's contained in any of the albums or all the other things, all the over evidence pertaining to piracy of my copyrights. | It has nothing to do with our claims because it is dated after the lawsuit was filed and the infringement had already occurred for many years. The track purportedly being licensed in Exhibit 8 has a release date of January 2020 while Apple had already willfully infringed our copyrights at that point. In addition, Harry Fox licenses are invalid for pirated recordings. | I have reviewed Exhibit 8 more closely. |

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 78:19 | Yes | No, my testimony concerning Apple's infringing conduct is based on updates that I receive from my counsel. It is also based on my responses to Apple's interrogatories and my review of the Complaints after the case was filed. | Misspoke |
| 79:15-17 | I really don't know. I can't -- I'm now completely confused. I don't know. | The existence of this document proves copyright infringement had been committed because the document is dated after the lawsuit was filed and the infringement had already occurred for many years. The track purportedly being licensed in Exhibit 8 has a release date of January 2020 while Apple had already willfully infringed our copyrights at that point. In addition, Harry Fox licenses are invalid for pirated recordings. | I have reviewed Exhibit 8 more closely. |
| 80:22-81:3 | Well, I don't know if this I one of the pirated songs. I don't know. I would have to – if it was, then I believe that they infringed. If it wasn't, then this is just some abstract license that obviously Apple took a license for. | A mechanical license must specifically identify the artist that is performing the song in the recording so that the use and the license can be tracked. | Clarification |
| 82:3 | I don't know. | Yes, it supports our copyright infringement claim because the document is dated after the lawsuit was filed and the infringement had already occurred for many years. The track purportedly being licensed in Exhibit 8 has a release date of January 2020 while Apple had already willfully infringed our copyrights at that point. In addition, Harry Fox licenses are invalid for pirated recordings. | I have reviewed Exhibit 8 more closley. |
| 85:11 | No. | No. To clarify, we do not receive any royalties from Apple for sales in the iTunes store. The record label that gets the license, not Apple, pays royalties to Harry Fox Agency when they sell copies of our music in iTunes. | Clarification. |

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 101:25 | I'm not sure. I don't know. | Yes. | Mistake |
| 121:17 | I'm not sure. | Yes. | Clarification |
| 123:11 | No, not that I know of. | Yes, and we produced these documents. | Mistake. |
| 123:16-17 | No, not to my knowledge. I just don't know. | Yes, and we produced these documents | Mistake |
| 123:23 | I have no idea. | Harry Warren owned the renewal term copyright. His grandchildren inherited it and assigned it to Four Jays Music Company. See Exhibit A to this Errata Sheet for an explanation of the chain of title to this song. | Clarification. |
| 125:3-4 | No, I don't. I would have to read the whole thing. | The "Publisher" in this agreement is Harry Warren Music, Inc. | Clarification |
| 125:22-23 | To the best of my knowledge. | I don't know when it was dissolved. | Mistake. |
| 129:3 | I have no idea. | Yes, Harry Warren had renewal rights because he composed the song. See Exhibit A to this Errata Sheet for an explanation of the chain of title to this song. | Clarification. |
| 132:17 | No. | Yes, I do. For the works in the Four Jays catalog, an initial registration is made for the first 28 years of the copyrights. A renewal registration is made to renew the copyright for an additional period of time beyond the first 28 years. | Clarification |
| 133:13 | No. | See Exhibit A to this Errata Sheet for an explanation of the chain of title to each of the Four Jays Music Company's compositions in the three cases. | I was confused by the question at the time of the deposition. I have since then reviewed the relevant materials and Exhibit A explains the chain of title for each composition. |

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 133:25 | I have no idea. | Because he composed the song. See Exhibit A to this Errata Sheet for an explanation of the chain of title to this song. | Clarification |
| 134:15-17 | He would have to terminate it from the original publisher and then he would assign it to his company. | Yes, Harry Warren owned the renewal copyright because he is the composer. See the annexed Exhibit for the chain of title to this song. | Clarification |
| 136:3 | I have no idea. | Yes, Harry Warren owned the renewal term copyright in Pasadena because he composed the song. | Clarification |
| 137:22-138:5 | I know that until Mr. Brettler, no, not –yeah, well, anyway, until they sold the company they liked to fight over these songs. However, my grandfather terminated these songs from them, and we have the termination papers, and I just believe that Shapiro Bernstein didn't like to let go of anything, even though -- | Shapiro Bernstein & Co., Inc. published some of Harry Warren's songs. | Clarification |
| 139:8-13 | Oh, I don't know. It must have been in the '50s. What is this? I don't have – I wasn't – I wasn't in the business then, but ultimately they did give up and ultimately the songs reverted to Four Jays. | I believe in the 1950s. | Clarification |
| 139:17-18 | Oh lord, I don't know by heart, no. | Harry Warren did not issue a termination notice for Pasadena. He owned the renewal term because he was the composer. See the annexed Exhibit A for the chain of title to this song. | Mistake. |
| 148:17-18 | Possibly from my database or ASCAP. | It comes from ASCAP. | Clarification. |
| 149:19 | No, I have not. | Yes, they were part of Plaintiffs' responses to Interrogatories. | Mistake. |

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 156:18-22 | I believe Apple – you know, I don't – I don't know how to answer that question, but they put it up. They took these pirated products and put them on iTunes. | Yes. Apple took these pirated products and sold them in their iTunes store without getting any license or paying us. | Clarification. |

_Julia Riva_ (signature)

Subscribed and sworn to
before me this ____ day of July, 2021

_____ (see Below)
NOTARY PUBLIC

MY COMMISSION EXPIRES _____

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of __LOS ANGELES__
Subscribed and sworn to (or affirmed) before me on this __28__ day of __JULY__, __2021__ by __JULIA RIVA__
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature _____ (seal)

CARRIE T. FELICITAS
COMM. # 2249609
LOS ANGELES COUNTY
NOTARY PUBLIC-CALIFORNIA
MY COMMISSION EXPIRES
AUGUST 09, 2022

Page 6 of 6

# EXHIBIT A

Exhibit A

# Chain of Title Explanation*
# Four Jays Music Company

**Loew's Inc. / Harry Warren Music Inc.**

### *House of Singing Bamboo*

Harry Warren is one of the authors of this work. EU 191862 was registered by Loew's Inc. in 1950. EP 50116 was registered by Harry Warren Music, Inc. in 1950. Harry Warren owned the renewal term and renewed the copyright. (R664429 / R673638). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

### *The Stanley Steamer*

Harry Warren is one of the authors of this work. EU 16133 was registered by Loew's Inc. in 1946. EP 12498 was registered by Harry Warren Music, Inc. in 1947. Harry Warren owned the renewal term and renewed the copyright (R553836 / R553837). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

### *Tahiti*

Harry Warren is one of the authors of this work. EU 197532 was registered by Loew's Inc. in 1950. EP 50118 was registered by Harry Warren Music, Inc. in 1950 . Harry Warren owned the renewal term and renewed the copyright. (R661571 /R673640 ). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

### *(Howdy Neighbor) Happy Harvest*

Harry Warren is one of the authors of this work. EU 170916 was registered by Loew's Inc. in 1949. EP 47400  was registered by Harry Warren Music, Inc. in 1950. Loew's Inc. and Harry Warren Music, Inc. assigned any renewal term rights that they had to Harry Warren V927P213 (12/21/1954). Harry Warren owned the renewal term and renewed the copyright. (R635295 / R659725). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

### *Young Folks Should Get Married*

Harry Warren is one of the authors of this work. EU 202955 was registered by Loew's Inc. in 1949.  EP 56033 was registered by Harry Warren Music, Inc. in 1951. Harry Warren owned the renewal term and renewed the copyright. (R661578 / RE15535). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

### *I Wanna Be A Dancin' Man*

Harry Warren is one of the authors of this work. EU 237858 was registered by Loew's Inc. in 1951. EP 60495 was registered by Harry Warren Music, Inc. in 1951. Harry Warren owned the renewal term and renewed the copyright. (RE55557 / RE15518). Harry Warren assigned the renewal term copyright to Four Jays Music Company in 1980. (V1782P207).

* All of the copyright filings and other documents relevant to the chain of title of the compositions have been previously produced and are identified in the spreadsheets produced by Plaintiffs in the three cases as ADSM 14557 / PWAP 18192 / IDAP 13495.

Exhibit A

# Chain of Title Explanation*
## Four Jays Music Company

### *If You Feel Like Singing, Sing*

Harry Warren is one of the authors of this work. EU 162898 was registered by Loew's Inc. in 1949. EP 47398 was registered by Harry Warren Music, Inc., in 1951. Harry Warren owned the renewal term and renewed the copyright. (R630219 / R659721). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

### *You Wonderful You*

Harry Warren is one of the authors of this work. EU 188117 was registered by Loew's Inc. in 1949. EP 47399 was registered by Harry Warren Music, Inc., in 1951 . Harry Warren owned the renewal term and renewed the copyright. (R649564 / R659724). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

In the alternative, with respect to *House of Singing Bamboo, The Stanley Steamer, Tahiti, (Howdy Neighbor) Happy Harvest, Young Folks Should Get Married, If You Feel Like Singing, Sing,* and *You Wonderful You* on September 30, 1954, Loew's Inc. and Harry Warren Music, Inc. assigned any renewal term rights that they had in these works to Harry Warren. (ADSM 12920-12931/IDAP 12070-12081/PWAP 15905-15916). The renewal term rights passed through his will and ultimately to his grandchildren who assigned them to Four Jays in 1996.

### Edwin H. Morris

### *You've Got Me Where You Want Me*

Harry Warren is one of the authors of this work. Edwin H. Morris was the original copyright claimant pursuant to contract dated 7/12/1944 (MPL 000240) which did not include the renewal term. Edwin H. Morris registered the copyright EP 124678. Harry Warren owned the renewal term copyright and renewed it. (R511142). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

In the alternative, Harry Warren, d/b/a Four Jays Music Company assigned the copyright to Plaintiff Four Jays Music Company by assignment dated February 15, 1955 (ADSM 00807-00807 / IDAP 00843-00843 / PWAP 01678-01678).

### *Coffee Time*

Harry Warren is one of the authors of this work. Edwin H. Morris was the original copyright claimant pursuant to contract dated 5/23/1945 (IDAP 00827-00831 / PWAP 17377-17381) which did not include the renewal term. Edwin H. Morris registered the copyright. (EP134973 / EP2306) Harry Warren owned the renewal term copyright and renewed it. (R533798 / R540475). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

* All of the copyright filings and other documents relevant to the chain of title of the compositions have been previously produced and are identified in the spreadsheets produced by Plaintiffs in the three cases as ADSM 14557 / PWAP 18192 / IDAP 13495.

Exhibit A

# Chain of Title Explanation*
# Four Jays Music Company

In the alternative, Harry Warren, d/b/a Four Jays Music Company assigned the copyright to Plaintiff Four Jays Music Company by assignment dated February 15, 1955 (ADSM 00807-00807 / IDAP 00843-00843 / PWAP 01678-01678).

### *Shapiro Bernstein*

### *Clementine*

Harry Warren is one of the authors of this work. Shapiro Bernstein registered the copyright E665729 and E673858 in 1927. Harry Warren owned the renewal term copyrights and renewed them in 1954. (R132312, R135549).

### *Lily*

Harry Warren is one of the authors of this work. Shapiro Bernstein registered the copyright E661295 in 1927. Harry Warren owned the renewal term copyright and renewed it in 1954. (R126529).

### *Wob-a-ly Walk*

Harry Warren is one of the authors of this work. Shapiro Bernstein registered the copyrights E678850 in 1927 and E680806 in 1928. Harry Warren owned the renewal term copyright and renewed it in 1954 and 1955. (R139395, R141543).

### *An' Furthermore*

Harry Warren is one of the authors of this work. Shapiro Bernstein registered the copyrights E673113 in 1927. Harry Warren owned the renewal term copyright and renewed it in 1954. (R134535).

### *You Can't Shush Katie*

Harry Warren is one of the authors of this work. Shapiro Bernstein registered copyright E616826, E623402, E634434 in 1925. Harry Warren owned the renewal term copyright and renewed it 1952 and 1953. (R97026050, R99995, R107030).

### *One Sweet Letter From You*

Harry Warren is one of the authors of this work. Shapiro Bernstein registered copyright E654521 in 1926 and E658837 in 1927. Harry Warren owned the renewal term copyright and renewed it 1953 and 1954. (R122359, R126733, R135857).

### *Want a Little Lovin'*

Harry Warren is one of the authors of this work. Shapiro Bernstein registered the copyright E620656 in 1925. Harry Warren owned the renewal term copyright and renewed it in 1952. (R99074).

---

* All of the copyright filings and other documents relevant to the chain of title of the compositions have been previously produced and are identified in the spreadsheets produced by Plaintiffs in the three cases as ADSM 14557 / PWAP 18192 / IDAP 13495.

Exhibit A

# Chain of Title Explanation*
## Four Jays Music Company

### I Love My Baby

Shapiro Bernstein registered the copyright E628968 in 1925. Harry owned the renewal term copyright and renewed it in 1952. (R103101).

### Ya Gotta Know How To Love

Shapiro Bernstein registered the copyright E644087 in 1926. Harry owned the renewal term copyright and renewed it in 1952. (R112375).

As to all the songs originally registered by Shapiro Bernstein (*Clementine, Lily, Wob-a-ly Walk, An' Furthermore, You Can't Shush Katie, One Sweet Letter From You, Want a Little Lovin', I Love My Baby,* and *Ya Gotta Know How To Love*), Harry Warren assigned the renewal term copyrights to Shapiro Bernstein in 1959 (V1055P281). Harry Warren terminated the renewal assignment in 1978, V1682P210-213. The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

In the alternative, Harry assigned the renewal term copyrights to Four Jays Music Company on June 20, 1957. V985P396.

**Other Songs**

### Home In Pasadena

Harry Warren is one of the authors of this work. Clarke and Leslie Songs, Inc. registered the copyright (E575512) in 1923. Harry Warren owned the renewal term and renewed the copyright in 1950 (R71323). Harry Warren assigned the renewal term copyright to Four Jays Music Company on 8/16/1957. (V989P426).

### Innamorata

Harry Warren is one of the authors of this work. Paramount Music Corporation registered the copyright (EP 93123 in 1955). The copyright was renewed in 1983 (RE159478). Harry owned the renewal term pursuant to two contracts dated January 17, 1955 (See page 4 and page 9). (ADSM 13691-13731 / PWAP 17280-17320). Harry's ownership of renewal term copyright confirmed by Paramount in 1984 and 1985. (ADSM 00782-00785 / PWAP 01654-01657). Harry died prior to renewal term vesting so his renewal term copyright passed through his wife's and daughter's wills to Harry's grandchildren who then assigned it to Four Jays Music Company in 1996.

### Sing A Little Jingle

Harry Warren is one of the authors of this work. Copyright EU 411129 and EP23537 was registered by DeSylva, Brown & Henderson, inc. in 1931. Harry Warren owned the renewal term copyright and renewed it. (R214436) Harry Warren assigned the renewal term copyright to Four Jays Music Company on 7/31/1958. V1013P512 (1958).

* All of the copyright filings and other documents relevant to the chain of title of the compositions have been previously produced and are identified in the spreadsheets produced by Plaintiffs in the three cases as ADSM 14557 / PWAP 18192 / IDAP 13495.

Exhibit A

# Chain of Title Explanation*
## Four Jays Music Company

*Alternatively, Harry's wife and daughter terminated V1931P099-100 (1982) and the copyright passed through the wills of Harry Warren's wife and daughter wills to Harry's grandchildren who then assigned it to Four Jays Music Company in 1996.

### *That's Amore*

Harry Warren is one of the authors of this work. The copyright was registered in 1953 (EP72978). Harry owned the renewal term pursuant to contract dated 9/9/1952 at p.10 (ADSM 12934-12961 / IDAP 12084-12111 / PWAP 15917-15944). Harry renewed in 1981 (RE 93791). The renewal term copyright passed through Harry's will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

### *By The River Sainte Marie*

Harry Warren is one of the authors of this work. Copyright EP 20364 was registered by Metro-Goldwyn-Mayer Corp. in 1931. Harry Warren owned the renewal term copyright and registered it in 1958. (R205398). Harry Warren assigned the renewal term copyright to Four Jays Music Company on V985P396 (1957) and on 7/31/1958 (V1013P512).

Alternatively, Harry's wife and daughter terminated V1931P097-098 in 1982. and the copyright passed through the wills of Harry Warren's wife's and daughter's wills and ultimately to Harry's grandchildren who then assigned it to Four Jays Music Company in 1996.

### *Nagasaki*

Harry Warren is one of the authors of this work. Copyright E 696275 was registered by Remick Music Corp. in 1928. Harry Warren owned the renewal term copyright and registered it in 1955. (R152919 / R152810). Harry Warren assigned the renewal term copyright to Four Jays Music Company in 1957 (V985P396). Harry Warren assigned the renewal term copyright to Remick Music Corp. (V1170P264). Harry Warren terminated in 1978 (V1682P264) and the copyright passed through his will and ultimately to his grandchildren who assigned to Four Jays Music Company in 1996.

Plaintiffs are not providing chain of title explanations for *Someone Like You* or *Zing A Little Zong* because they are the subject of a proposed stipulation to remove these compositions from the cases.

* All of the copyright filings and other documents relevant to the chain of title of the compositions have been previously produced and are identified in the spreadsheets produced by Plaintiffs in the three cases as ADSM 14557 / PWAP 18192 / IDAP 13495.

Errata Sheets
Case Name: SA Music v. Apple, Inc.
Docket Nos. 20-cv-2146-WHI, 20-2794-EMC, 20-cv-2965-JSW

Date of Deposition: 6/4/21

Witness Name: William Kolbert

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 35:2 | I think when it was formed as an LLC, and I think that goes back a number of years | I have a been a Manager for a number of years, but I am not sure how many. | Clarification |
| 51:7 | I'm not sure. I can't say no. | I don't know. | Clarification |
| 58:9 | beneficiary | son | Mistated |
| 68:17 | administrate the music | collect royalties | Clarification |
| 85:20-25 | Again, these are – this a question that would be best answered by the attorneys. Again, I defer to the attorneys to answer that question. It is a technical question that I' m not – I'm not – I don't know how to answer it. | Yes, the Trust, claims that the Arlen compositions are available on Apple iTunes. It is alleged in the complaints. | I have reviewed the operative Complaints. |
| 86:23-25 | I am -- I am advised by my attorneys that there have been copyright infringements | Apple infringed the copyrights by reproducing and distributing copies without a license. It is alleged in the complaints. | I have reviewed the operative Complaints. |
| 87:22-24 | Again, I would defer to the attorneys. That's an extremely technical question. I cannot answer. | Apple infringed the copyrights by reproducing and distributing copies without a license. It is alleged in the complaints. | I have reviewed the operative Complaints. |
| 88:5-6 | Off the top of my head, with all of the details involved in the case, no. | Apple infringed the copyrights by reproducing and distributing copies without a license. It is alleged in the complaints. | I have reviewed the operative Complaints. |

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 96:20-22 | Me personally, the technical aspects of it, no. You would have to defer to my attorneys for the answer. | Apple infringed the copyrights by reproducing and distributing copies without a license. It is alleged in the complaints. | I have reviewed the operative Complaints. |
| 97:4-10 | Again, you are getting very technical. You would have to defer to my attorneys. I hired attorneys, and the technical aspects of what we are – what these actions represent in legal terms, I would have to defer to my attorneys. I don't know how to answer your question. | Yes. the Trust has alleged that Apple infringed compositions owned by the Trust through promotional streams. It is alleged in the complaints. | I have reviewed the operative Complaints. |
| 97:24-`98:2 | Again, you are asking me a legal question that I'm deferring to my attorneys. | Yes, the Trust has alleged that Apple infringed compositions owned by the Trust on iTunes. It is alleged in the complaints. | I have reviewed the operative Complaints. |
| 100:7-10 | Again, I think it is a legal question that I do not understand to answer. You would have to defer to my attorneys for a proper answer. | Yes, the Trust has alleged that Apple infringed compositions owned by the Trust in the Adasam case. It is alleged in the Adasam complaint. | I have reviewed the operative Complaint. |
| 110:20-24 | Again, I would have to –this is a legal question that I cannot answer. I don't know the answer to it and I would defer to my attorneys to answer it. | Yes, the Trust has alleged that Apple and the other defendants are engaged in piracy. It is alleged in the Complaints. | I have reviewed the operative Complaints. |
| 113:8-9 | I am aware that SA Music does. I'm not sure about the trusts. | Yes, the Harold Arlen compositions owned by the Trust are represented by the Harry Fox Agency. | Clarification. |
| 120:8-12 | Again, you are asking what I think is a legal verbiage, which I really don't know how to answer, and, again, I would defer to the attorneys for a proper answer. | Yes, the Trust has alleged that Apple and the other defendants willfully infringed the Trust's copyrights. It is alleged in the Complaints. | I have reviewed the operative Complaints. |
| 120:6-20 | Again, I would defer – I use - - I depend on the advice of my attorneys. I personally would have to defer to the attorneys for that – for that answer. | I contend in my capacity as Trustee of the Harold Arlen Trust that Apple willfully infringed the Harold Arlen compositions owned by the Harold Arlen Trust at issue in these cases. | I have reviewed the operative Complaints. |

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 120:21-1216 | Again, this is a legal question. I don't know how to answer. And again, I would defer to the attorneys. They did the research, they did the investigation, and they put together the complaint. | Yes, that contention is made. | I have reviewed the operative Complaints. |
| 136:16-18 | I believe so, yes. I'm not an attorney, but that's my – that's my understanding of it. | It's a license to reproduce and distribute a musical work. | Mistake |
| 136:24-137:4 | Again, you're asking me something that is extremely detailed legally, and I would defer to my attorneys to answer that question properly. I don't – I can't answer that question. | Yes, that allegation is made. | I have reviewed the operative Complaint. |
| 137:24-138:4 | My answer is that this is I believe a legal question that I cannot answer and I would defer that to the attorneys, to my attorneys, for proper response. | Yes, I am aware that allegation is made. | I have reviewed the operative Complaint. |
| 138:16-19 | I depend on the advice of my attorneys to understand everything and anything about what you're asking for here in this question. | Apple knew, was reckless, or willfully blind to unlicensed pirated recordings being sold in its store by Apple and the companies named as defendants. | I have reviewed the operative Complaint. |
| 142:4-5 | I'm personally not aware of that. | Yes. It is alleged in the Adasam complaint. | I have reviewed the operative Complaint. |
| 160:14-20 | We have publishing companies that administrate the music, and I would – I would assume -- it is through those companies that grant the licenses, whether it is ASCAP or Sony Music or whatever publishing company handles the music for the Trust. | I am not sure what kind of licenses you are referring to. Companies such as ASCAP and Harry Fox have granted licenses for Get Happy. | Clarification |
| 200:17-18 | So using that analogy, I would have to say it would be beneficial. | So using that analogy, I would have to say it would be beneficial. However, if the songs are not licensed, we will not get paid and then there is not benefit at all. | Clarification |

Page 3 of 4

| Page / Line | Testimony | Change | Reason |
|---|---|---|---|
| 204:17-23 | That I would have to defer to my attorneys. I'm not familiar with the amount of any statutory damages. I don't' know specifically how that law works, what the amounts are involved, how they range. So I would have to absolutely speak to my attorneys for a proper answer to that. | We are seeking the maximum statutory damages for the Trust. | Clarification |
| 205:3-11 | Again, you would have to - - you would have to speak to the attorneys. I'm not familiar with the, you know, how the amounts are derived, what the facts and circumstances were in each case. So it is something that, you know I can't specifically answer. Again, I would have to defer to the attorneys for a proper answer. | We are seeking the maximum statutory damages for the Trust in each of the different lawsuits. | Clarification. |
| 209:8-9 | publishing companies | Change "publishing companies" to "companies". | I misspoke |

_____
WILLIAM KOLBERT

Subscribed and sworn to
before me this 19th day of July, 2021

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES  10/2/22

JAMES BROWN
Notary Public, State of New York
No. 01BR50309E3
Qualified in Nassau County
Commission Expires July 25, 19~~
10/2/22

```
ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: SA MUSIC LLC v. APPLE, INC.
DATE OF DEPOSITION: June 2, 2021
WITNESS' NAME: JANET HENDERSON KEMP
```

| PAGE | /LINE(S)/ | CHANGE | REASON |
|---|---|---|---|
| 23 | 12 | Rita [not Maria] | Typo |
| 28 | 21 | Brette [not Brett] | Typo |
| 39 | 24 | Ray Henderson Music Co. Inc. | Clarification |
| 44 | 12 | Yes, the page marked IDAP1194 is the formal assignment | Clarification |
| 49 | 22 | I have the authority under Article III of the bylaws to initiate lawsuits on behalf of Ray Henderson Music Co., Inc. | I have reviewed the bylaws |
| 50 | 6 | In addition, I am responsible for making all day to day decisions for the corporation | Clarificatin |
| 70 | 16 | I don't know the exact date when we first learned about Pickwick but it was after we hired attornyes in the summer of 2019 | Clarification |
| 102 | 19 | Ray Henderson Music Co., Inc. considers the agreement to be valid | I have had time to review the agreement |
| 122 | 7 | I've never heard of Bye Bye Blackbird as a work for hire | Clarification |
| 132 | 6 | We have produced all the copyright documents for Varsity Drag | Clarification |
| 135 | 23 | "If You Hadn't Gone Away" is the same composition as "I Wouldn't Be Where I Am If You Hadn't Gone Away" | Clarification |
| 149 | 20 | Yes, as long as the compositions are licensed and paid. | Clarification |

*Janett Henderson Kemp*
JANET HENDERSON KEMP

SUBSCRIBED AND SWORN TO
BEFORE ME THIS _15_ DAY
OF _July_, 2021.

_Laura L Newton_
NOTARY PUBLIC
MY COMMISSION EXPIRES _____

[Notary Seal: LAURA LEE NEWTON, NOTARY PUBLIC, MY COMMISSION EXPIRES NOV 22, 2024, CAROLINE COUNTY MD]